UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE WAYNE BROWN                                                              PETITIONER
ADC #150922

V.                              NO. 5:18-CV-00272-JM-JTR

WENDY KELLEY,
Director, Arkansas Department of Correction                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering those documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. All claims asserted in the 28 U.S.C. § 2254 Petition for a Writ of Habeas Corpus, *Doc. 2*, and Amended Petition, *Doc. 5*, are DISMISSED, WITH PREJUDICE; and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

DATED this 17th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE