UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUCE WAYNE BROWN                                               PETITIONER
ADC #150922

V.                        NO. 5:18-CV-00272-JM-JTR

WENDY KELLEY,
Director, Arkansas Department of Correction                     RESPONDENT

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, with prejudice.

DATED this 17th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE